THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. McCABE, Appellant, *v.* RUDOLPH P. MILLER, as Superintendent of Buildings for the Borough of Manhattan, City of New York.

*Matter of McCabe* v. *Miller*, 162 App. Div. 899, appeal dismissed. (Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator as clerk in the bureau of buildings in the city of New York.

The motion was made upon the ground of failure to file the required undertaking.

*Frank L. Polk, Corporation Counsel* (*J. H. Greener* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.